CORA E. RULEFF, as Administratrix of the Estate of CHARLES RULEFF, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Ruleff* v. *N. Y. C. & H. R. R. R. Co.*, 117 App. Div. 917, affirmed.
(Submitted December 17, 1907; decided January 7, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 28, 1907, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*Amasa J. Parker* for appellant.

*Daniel M. Beach* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Not sitting; GRAY, J.